```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **MANSFIELD BARGE,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   CIVIL ACTION NO. 20-00485-JB-B |
| | * |
| **AIRBUS AMERICAS,** | * |
| | * |
|     **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

    **DONE** and **ORDERED** this 22nd day of December, 2020.

                                       /s/ JEFFREY U. BEAVERSTOCK
                                       UNITED STATES DISTRICT JUDGE